SHAWNDRIKA LAWRENCE     *     NO. 2021-CA-0159

VERSUS     *     COURT OF APPEAL

NIOBE ALI JOSEPH, D.D.S.     *     FOURTH CIRCUIT

    *     STATE OF LOUISIANA

    *

    *

* * * * * * *

**LEDET, J., CONCURS IN THE RESULT**